■ KENNETH L. DEUBELL, as Administrator of the Estate of JACQUELINE A. DEUBELL, Deceased, Respondent, v FORKS FIRE DISTRICT NUMBER THREE et al., Appellants, et al., Defendants. —Order unanimously affirmed with costs. Memorandum: In this Dram Shop case, the moving defendants failed to establish a prima facie defense sufficient to warrant judgment as a matter of law, and the burden never shifted to plaintiff to raise a triable issue of fact *(see, Alvarez v Prospect Hosp.,* 68 NY2d 320; *Winegrad v New York Univ. Med. Center,* 64 NY2d 851). (Appeal from Order of Supreme Court, Erie County, Fudeman, J.—Summary Judgment.) Present—Dillon, P. J., Boomer, Pine, Balio and Davis, JJ.